**William A. WHEELIS, Petitioner–Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

No. 02–73119.

T.C. No. 4033–01.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2003.*

Decided May 16, 2003.

Before PREGERSON, REINHARDT and GRABER, Circuit Judges.

MEMORANDUM **

William A. Wheelis appeals pro se the decision of the Tax Court upholding the Commissioner's determination of federal income tax deficiencies for the years 1995 and 1996. We affirm for the reasons stated in the Tax Court's opinion, issued on April 16, 2002.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.